Rosemarie E. Matera, Esq.
Kurtzman Matera, P.C.
Attorneys for Debtor
664 Chestnut Ridge Road
Spring Valley, New York 10977
(845) 352-8800
law@kmpclaw.com                                May

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

In re:

461 7th Avenue Market, Inc.,                            Chapter 11

                Debtor                        Case No. 18-22671(RDD)

---------------------------------------------------------------x

## NOTICE OF STATUS CONFERENCE

**PLEASE TAKE NOTICE,** that a status conference in the above matter will be held on Wednesday, July 18, 2018 at 10:00 a.m. before the Honorable Robert D. Drain, at the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601 at 10:00 a.m.

Dated: Spring Valley, New York
       May 7, 2018

                                      Kurtzman Matera, P.C.
                                      Attorneys for Debtor


                                        /s/ Rosemarie E. Matera
                                      Rosemarie E. Matera, Esq.