Bradley S. Silverbush, Esq.
**ROSENBERG & ESTIS, P.C.**
*Attorneys for Creditor Delshah 461 Seventh Avenue, LLC*
733 Third Avenue
New York, New York 10017
(212) 867-6000

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X

| | |
|---|---|
| In re: | |
| | Chapter 11 |
| 461 7TH AVENUE MARKET, INC. | |
| | Case No. 18-22671-rdd |
| Debtor | |

------------------------------X

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Rosenberg & Estis, P.C. ("R&E") hereby appears in the above-captioned case as counsel for Creditor Delshah 461 Seventh Avenue, LLC ("Landlord"). R&E hereby requests, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §§ 342 and 1109(b), (a) to be placed on any mailing matrix or service list that may be used for any purpose in the case, and (b) that all (i) notices given or required to be given in the case by the Court, the debtor and/or any other party-in-interest, and (ii) papers served or required to be served in the case, be given to and served upon:

> Bradley S. Silverbush, Esq.
> Rosenberg & Estis, P.C.
> 733 Third Avenue
> New York, New York  10017
> Telephone:  (212) 867-6000

RE\23448\0019\2421055v1

       Facsimile:  (212) 551-8484
       E-mail:  bsilverbush@rosenbergestis.com

    **PLEASE TAKE FURTHER NOTICE**, that the foregoing request includes, without limitation, any and all notices in respect of any application, motion, petition, pleading, request, complaint, demand, order or any other paper filed in the proceeding, whether such notice is formal or informal, written or oral, and whether transmitted by hand delivery, United States mail, electronic mail, expedited delivery service, telephone, telex, telecopy or otherwise.

    **PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any former or later appearance, pleading, claim or suit shall waive (a) the Landlord's right to have final orders in non-core matters and core matters in which the entry of a final order by a bankruptcy judge would not be consistent with Article III of the United States Constitution, entered only after *de novo* review by a District Court Judge, (b) the Landlord's right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (c) the Landlord's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (d) the Landlord's right to have any claims constitutionally required to be determined by the District Court be determined therein, (e) the Landlord's right to have any matter heard by an arbitrator, or (f) any other rights, claims, actions, defenses, including defenses to jurisdiction, setoffs, or recoupments to which the Landlord may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments the Landlord expressly reserves.

    **PLEASE TAKE FURTHER NOTICE** that, neither this Notice of Appearance nor any former or later appearance, pleading, claim or suit shall constitute an authorization for the undersigned to accept service of process on behalf of the Landlord, and that such service must be

- 2 -

done in strict compliance with the Federal Rules of Civil Procedure and the Federal Rules of Bankruptcy Procedure.

Dated: New York, New York
      May 11, 2018

**ROSENBERG & ESTIS, P.C.**
*Attorneys for Delshah 461 Seventh Avenue, LLC*

By: *s/ Bradley S. Silverbush*
     Bradley S. Silverbush
733 Third Avenue
New York, New York 10017
(212) 867-6000

TO:  Rosemarie Matera, Esq.
      Kurtzman Matera P.C.
      664 Chestnut Ridge Road
      Spring Valley, NY 10977
      Phone: 845-579-2791
      Fax: 845-352-8865
      law@kmpclaw.com