1  J. ALEXANDRA RHIM (SBN 180636)
   **HEMAR, ROUSSO & HEALD, LLP**
2  15910 Ventura Boulevard, 12th Floor
   Encino, California 91436
3  Telephone: (818) 5`01-3800
   Facsimile: (818) 501-2985
4  arhim@hrhlaw.com

5  Attorneys for Creditor
   BANK OF HOPE

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK (WHITE PLAINS)

| | |
|---|---|
| In re: | Case No.: 18-22671 |
| 461 7th Avenue Market, Inc., dba Dali Market | Chapter 11 |
| Debtor. | **NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |

**TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, THE DEBTOR AND THEIR ATTORNEY OF RECORD, AND TO ALL OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that HEMAR, ROUSSO & HEALD, LLP, on behalf of BANK OF HOPE (hereinafter "Creditor"), hereby files a Notice of Appearance pursuant to Bankruptcy Rule 9010(b). Pursuant to Bankruptcy Code, §1109(b) and Bankruptcy Rules 2002, 3017, and 9007, Creditor hereby requests that special notice of all matters which may come before the Court be given as follows:

1

REQUEST FOR SPECIAL NOTICE

J. Alexandra Rhim, Esq. - File No. 3466-20180357/AR
HEMAR, ROUSSO & HEALD, LLP
15910 Ventura Boulevard, 12th Floor
Encino, California 91436-2829
Tel. No. (818) 501-3800
Fax No. (818) 501-2985
email: arhim@hrhlaw.com

The foregoing requests includes the notices and papers referred to in Bankruptcy Rules 2002, 3017, and 9007 and also includes without limitation, notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings or requests, plans, disclosure statements, and any other documents brought before the Court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

The undersigned represents Bank of Hope, a creditor of the above estate.

DATED:  May 16, 2018                     HEMAR, ROUSSO & HEALD, LLP


                                         /s/ *J. Alexandra Rhim, Esq.*
                                   BY: _____
                                         J. ALEXANDRA RHIM
                                         Attorneys for Creditor,
                                         Bank of Hope

2

REQUEST FOR SPECIAL NOTICE

# **CERTIFICATE OF SERVICE**

I am employed in the County of Los Angeles, State of California; I am over the age of 18 years and am not a party to the within action or proceeding. I am employed by the law firm of Hemar, Rousso & Heald, LLP, located at 15910 Ventura Blvd., 12th Floor, Encino, CA  91436, Telephone: (818) 501-3800.

On May 16, 2018, I served the foregoing document described as **NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** on the interested parties in said action, as follows:

**Debtor**
461 7th Avenue Market, Inc.
461 7th Avenue
New York, NY 10001

**Debtor's Attorney**
Rosemarie E. Matera
Kurtzman Matera, PC
664 Chestnut Ridge Road
Spring Valley, NY 10977

☒  (By Mail) I caused such envelope with postage thereon, fully prepaid, to be placed in the United States mail.

☒  (Federal) I declare that I am an employee in the offices of a member of the State Bar of this Court at whose direction the service was made.

/s/ *Sanaz Adnani*

SANAZ ADNANI