Rosemarie E. Matera, Esq.
Kurtzman Matera, P.C.
Attorneys for Debtor
664 Chestnut Ridge Road
Spring Valley, New York 10977
(845) 352-8800
law@kmpclaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re:

461 7th Avenue Market, Inc.,                                  Chapter 11

                Debtor                          Case No. 18-22671(RDD)

-------------------------------------------------------------x

## RESPONSE OF THE DEBTOR TO THE OBJECTION OF
## DELSHAH 461 SEVENTH AVENUE, LLC, TO APPLICATION TO RETAIN
## KIMM LAW FIRM AS SPECIAL COUNSEL

**TO:**  **HONORABLE ROBERT D. DRAIN**
       **UNITED STATES BANKRUPTCY JUDGE**

**461 7TH Avenue Market, Inc.,** debtor and debtor in possession herein ("Debtor"), by and through its attorneys, Kurtzman Matera, P.C., submits this response to the Objection ("Objection") of Delshah 461 Seventh Avenue, LLC ("Landlord") to the Application to Retain Kimm Law Firm as Special Counsel ("Application") and respectfully sets forth as follows:

    1.    Dkt No. 6 was filed in error. It is a document from a Chapter 11 pending before the Honorable Sean lane in the Southern District of New York.

    2.    The Application was, however, correctly served on all creditors.

    3.    With the assistance of the Clerk of the Court for the Southern District of New York, the correct document has been filed and a notation has been made on the erroneous entry.

   WHEREFORE, this Court should timely enter the order approving the retention of the Kimm Law Firm as special counsel.

Dated: Spring Valley, New York
   May 21, 2018

                Kurtzman Matera, P.C.
                Attorneys for Debtor

                 **/s/ Rosemarie E. Matera**
                Rosemarie E. Matera, Esq.
                664 Chestnut Ridge Road
                Spring Valley, New York 10977
                (845) 352-8800

TO:
Bradley S. Silverbush, Esq.