Rosemarie E. Matera, Esq.
Kurtzman Matera, P.C.
Attorneys for Debtor
664 Chestnut Ridge Road
Spring Valley, New York 10977
(845) 352-8800
law@kmpclaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

In re:

461 7th Avenue Market, Inc.,                          Chapter 11

                              Debtor                  Case No. 18-22671(RDD)

-----------------------------------------------------------------x

### ORDER AUTHORIZING RETENTION OF KIMM LAW FIRM
### AS SPECIAL COUNSEL FOR DEBTOR AND DEBTOR IN POSSESSION

Upon the application, by notice of presentment dated May 9, 2018 (the "Application") of the

debtor and debtor in possession herein (the "Debtor"), for entry of an order pursuant to §§ 327(e)

and 1107(b) of Title 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101, *et seq* (the

"Bankruptcy Code"), authorizing the Debtor to retain the Kimm Law Firm ("KLF") as its special

counsel in this Chapter 11 case to perform the services described in the Applicatin; and upon the

accompanying declaration of Michael S. Kimm, Esq.; and after due and sufficient notice of the

Application and the opportunity for a hearing thereon, there being no objections to the requested

relief, and no additional notice or hearing being required; and, after due deliberation, it appearing

that KLF does not hold or represent an adverse interest to the Debtor or its estate in connection

with the matters upon which it is being retained, that it is disinterested under § 101(14) of the

Bankruptcy Code, and that its retention is necessary and in the best interests of the Debtor and the

estate, it is hereby

ORDERED, that the Application is granted and, in accordance with § 327(e) of the

-1-

Bankruptcy Code, the Debtor is authorized to retain KLF as its special counsel in this Chapter 11 case to perform the services described in the Application; and it is further

ORDERED, that Kimm Law Firm shall be compensated and reimbursed upon proper application(s) therefor under Bankruptcy Code §§ 330 and 331, as the case may be, and the applicable Bankruptcy Rules, Local Bankruptcy Rules, and fee and expense guidelines and orders of the Court; and it is further

ORDERED, that at least ten days before implementing any increases in KLF's rates in this case above the amounts set forth in the Application and accompanying declaratino, KLF shall file a supplemental affidavit with the Court and on notice to the Debtors, the United States Trustee and any official committee. The supplemental affidavit shall explain the basis for the requested rate increases in accordance with § 330(a)(3)(F) of the Bankruptcy Code and state whether the Debtor has consented to the rate increase. All parties in interest retain all rights to object to any rate increase on all grounds including, but not limited to, the reasonableness standard provided for in § 330 of the Bankruptcy Code; and it is further

ORDERED, that to the extent the Application is inconsistent with this Order, the terms of this Order shall govern.

Dated: White Plains, New York
       May 22, 2018

                                    /s/Robert D. Drain
                                    Honorable Robert D. Drain
                                    United States Bankruptcy Judge