|  |  |
|---|---|
| Presentment Date: | June 15, 2018 |
| Presentment Time: | 10:00 a.m. |
| Objection Date: | June 12, 2018 |
| Objection Time: | 4:00 p.m. |

Rosemarie E. Matera, Esq.
Kurtzman Matera, P.C.
Attorneys for Debtor
664 Chestnut Ridge Road
Spring Valley, New York 10977
(845) 352-8800
law@kmpclaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
 re:

                 Chapter 11

461 7TH AVENUE MARKET, INC.

                 Case No: 18-22671(RDD)

           Debtor.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF PRESENTMENT OF ORDER
TO RETAIN SUNG N. PAK, CPA, PC, AS ACCOUNTANT FOR DEBTOR**

  PLEASE TAKE NOTICE that the annexed proposed Order authorizing the Debtor to retain Sung N. Pak, CPA, PC, as accountant for the Debtor, pursuant to 11 U.S.C. §§327, 328 and 330 of the United States Bankruptcy Code, will be presented for approval to the Honorable Robert D. Drain, United States Bankruptcy Judge at the United States Bankruptcy Court, 300 Quarropas Street, White Plains, New York 10601 on June 15, 2018 at 10:00 a.m.

  PLEASE TAKE FURTHER NOTICE that objections, if any, to the Proposed Order must be submitted in accordance with General Order M-399 (which may be found at www.nysb.uscourts.gov) and filed with the Clerk of the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601 (with a courtesy copy delivered to the Bankruptcy Judge's chambers) and served on (a) counsel to the

Debtor, Rosemarie E. Matera, Esq., Kurtzman Matera, P.C., 664 Chestnut Ridge Road, Spring Valley, New York 10977; (b) the Office of the United States Trustee, 201 Varick Street, New York, New York 10014; and (c) to anyone who has filed a Notice of Appearance so as to be actually received by June 12, 2018, at 4:00 p.m;

PLEASE TAKE FURTHER NOTICE that the Debtor has served notice of this Application upon the Office of the United States Trustee for the Southern District of New York, all creditors and any person that has filed a Notice of Appearance.

PLEASE TAKE FURTHER NOTICE that if a written objection is timely filed, a hearing may be set by the Court; or the Court, in its discretion, may grant the relief requested by the Debtor notwithstanding the objection. If a hearing is set by the Court, the Court will notify the moving and objecting parties of the date and time of the hearing and of the moving party's obligation to notify all other parties entitled to receive notice. The moving and objecting parties are required to attend the hearing, and failure to attend in person or by counsel may result in relief being granted or denied upon default.

Dated: Spring Valley, New York
         May 22, 2018

Kurtzman Matera, P.C.
Attorneys for Debtor

 /s/ Rosemarie E. Matera
Rosemarie E. Matera, Esq.
664 Chestnut Ridge Road
Spring Valley, New York 10977
(845) 352-8800

TO:
Office of the United States Trustee

All Creditors