**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------- X

In re:                                                          :          Chapter 11
                                                               :
461 7TH AVENUE MARKET, INC.,                                   :          Case No. 18-22671 (RDD)
                                                               :
                            Debtor.                            :
-------------------------------------------------------------------- X

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK              )
                              )   ss.:
COUNTY OF NEW YORK            )

      Jeff Soto, being duly sworn, deposes and says:

      1.     I am over 18 years of age and am not a party to this action.  I am employed at 733 Third Avenue, New York, New York 10017.

      2.     On June 25, 2018, I served a true copy of the Notice of Hearing, Motion for Relief from the Automatic Stay, and Declaration of Bradley Silverbush, Esq. in Support of the Motion of Delshah 461 Seventh Avenue, LLC, via USPS regular mail, by depositing same in a post-paid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Postal Service, addressed to the last known address of the entities and persons on the attached list.

                                          Jeff Soto

Sworn to before me this
25th day of June, 2018

NOTARY PUBLIC

ANALIA E. KRUKIEREK
Notary Public, State of New York
No. 01KR5027948
Qualified in Westchester County
Commission Expires July 21, 2018

RE\23448\0019\2455265v1

AJS WHOLESALES
152 WEST 36 STREET
NEW YORK, NY 10018-6914

BESTA BUILDERS
56-12 207 STREET
OAKLAND GARDENS, NY 11364-1729

DANI'S FOOD, INC.
90 DAYTON AVE.
PASSAIC, NJ 07055-7035

DORA'S NATURAL, INC.
21 EMPIRE BLD.
SOUTH HACKENSACK, NJ 07606-1805

HEMAR, ROUSSO & HEALD, LLP
C/O ALEXANDRA RHIM, ESQ.
15910 VENTURA BLVD., 12 FLOOR
ENCINO, CA 91436-2802

K&K SUPPLY
33-22 PARSONS BLVD., STE. 1A
FLUSHING, NY 11354-3105

MANHATTAN BEER DISTRIBUTORS
955 EAST 149 STREET
BRONX, NY 10455-5021

NY STATE DEPT. OF LABOR
STATE OFFICE CAMPUS
BUILDING #12, ROOM # 256
ALBANY, NY 12240-0001

ANHEUSER-BUSCH SALES & SVC OF
NEW YORK
550 FOOD CENTER DRIVE
BRONX, NY 10474-7047

BIG APPLE PROVISIONS, INC.
200 LAWSON PLACE
PARAMUS, NJ 07652-4454

DEPT. OF THE TREASURY
INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

J&J DISTRIBUTORS CORP.
1343 LAFAYETTE AVE.
BRONX, NY 10474-4806

KLC ARCHITECTS, PC
180 MAIDEN LANE, STE. 8A
NEW YORK, NY 10038-5179

MARUWA FISHBANK CORP.
686 GRAND AVE.
RIDGEFIELD, NJ 07657-1529

NYS DEPT. OF TAXATION & FINANCE
BANKRUPTCY SECTION
P.O. BOX 5300
ALBANY, NY 12205-0300

ABRAHAM NATURAL FOODS CORP.
30-20 REVIEW AVENUE
LONG ISLAND CITY, NY 11101-3240

BANK OF HOPE
16 WEST 32 STREET, SUITE 601
NEW YORK, NY 10001-0690

RE\23448\0019\2455265v1

CJS WHOLESALES, INC.
A/K/A AJS WHOLESALES
152 WEST 36 STREET, ROOM 102
NEW YORK, NY 10018-6914

HAN MI MEAT DELIVERY
4311 223 STREET
BAYSIDE, NY 11361-2439

JET PRODUCE
NEW YORK TERMINAL
ROW B
BRONX, NY 10474

LIVERTY COCA-COLA BEVERAGE
P.O. BOX 780810
PHILADELPHIA, PA 19178-0810

NY COMPANY FOOD NATURAL
370 MESEROLE STREET
BROOKLYN, NY 11206-1711

ONE STOP NATURE, INC.
92-13 183 STREET
HOLLIS, NY 11423-2321

ONE WHOLESALE FLOWER
48-14 33 STREET
LONG ISLAND CITY, NY 11101-2514

TM FOOD DISTRIBUTORS
11-B EMPIRE BLVD.
SOUTH HACKENSACK, NJ 07606-1809

UNITED STATES TRUSTEE
OFFICE OF THE UNITED STATES
TRUSTEE
U.S. FEDERAL OFFICE BUILDING
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014-9449

MICHAEL S. KIMM, ESQ.
KIMM LAW FIRM
333 SYLVAN AVENUE, SUITE 106
ENGLEWOOD CLIFFS, NJ 07632-2705

TWO STEVE'S PROVISION
13 DIMISA DRIVE
HOLMDEL, NJ 07733-2275

VAN VILET NEW YORK
38-16 SKILLMAN AVENUE
LONG ISLAND CITY, NY 11101-1734

UNION BEER DISTRIBUTORS
1213 GRAND STREET
BROOKLYN, NY 11211-1800

YOUNG IL PARK
445 FORT HILL ROAD
SCARSDALE, NY 10583-2412

RE\23448\0019\2455265v1