# FedEx

| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 6-150-76292 | Apr 16, 2018 | 1765-9503-5 | 11 of 17 |

**Ship Date:** Mar 30, 2018  **Cust. Ref.:** Legal - 432 Park Avenue  **Ref.#2:**
**Payor:** Shipper  **Ref.#3:**

Fuel Surcharge - FedEx has applied a fuel surcharge of 5.25% to this shipment.
Weather delay - Snow.
Distance Based Pricing, Zone 2
1st attempt Apr 02, 2018 at 11:34 AM.

*handwritten: 100/32/NY/70190*

| | | | | |
|---|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** | |
| Tracking ID | 771878582325 | Rebecca Klebanoff / mj | Sam Sarcona | |
| Service Type | FedEx Standard Overnight | Vidaris, Inc. | McGraw Hudson Construction Cor | |
| Package Type | FedEx Envelope | 360 Park Avenue South | 142 West 57th Street | |
| Zone | 02 | NEW YORK CITY NY 10010 US | NEW YORK NY 10019 US | |
| Packages | 1 | | | |
| Rated Weight | N/A | Transportation Charge | | 22.80 |
| Delivered | Apr 03, 2018 10:04 | Discount | | -15.55 |
| Svc Area | A1 | Fuel Surcharge | | 0.25 |
| Signed by | C.R | Adult Signature | | 5.75 |
| FedEx Use | 000000000/200/_ | **Total Charge** | **USD** | **$13.25** |

**Ship Date:** Mar 30, 2018  **Cust. Ref.:** NO REFERENCE INFORMATION  **Ref.#2:**
**Payor:** Shipper  **Ref.#3:**

Fuel Surcharge - FedEx has applied a fuel surcharge of 5.25% to this shipment.
Distance Based Pricing, Zone 2

*handwritten: 100/02/NY/7d90*

| | | | | |
|---|---|---|---|---|
| Automation | AWB | **Sender** | **Recipient** | |
| Tracking ID | 812203161553 | DAWN FRAZIER | LOCKB OX | |
| Service Type | FedEx Standard Overnight | VIDARIS INC | LPI INC | |
| Package Type | FedEx Envelope | 360 PARK AVE S FL 15 | RT 38 & E GATE DR LOCKBOX NUMB | |
| Zone | 02 | NEW YORK NY 10010-1731 US | MOORESTOWN NJ 08057 US | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | Apr 02, 2018 09:53 | Transportation Charge | | 22.80 |
| Svc Area | A1 | Discount | | -15.55 |
| Signed by | E.LYONS | Fuel Surcharge | | 0.25 |
| FedEx Use | 008955474/200/_ | **Total Charge** | **USD** | **$7.50** |

**Ship Date:** Apr 02, 2018  **Cust. Ref.:** 461 7th Avenue  **Ref.#2:**
**Payor:** Shipper  **Ref.#3:**

Fuel Surcharge - FedEx has applied a fuel surcharge of 5.75% to this shipment.
Distance Based Pricing, Zone 2
FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
The package weight exceeds the maximum for the packaging type, therefore, FedEx Pak was rated as Customer Packaging.

*handwritten: VS170653    50190*

| | | | | |
|---|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** | |
| Tracking ID | 771887538323 | Front Desk | Bradley Silverbush | |
| Service Type | FedEx Standard Overnight | Israel Berger & Associates | Rosenberg & Estis PC | |
| Package Type | Customer Packaging | 360 Park Avenue South | 733 Third Avenue | |
| Zone | 02 | NEW YORK CITY NY 10010 US | NEW YORK NY 10017 US | |
| Packages | 1 | | | |
| Rated Weight | 4.0 lbs, 1.8 kgs | | | |
| Delivered | Apr 03, 2018 09:58 | Transportation Charge | | 31.93 |
| Svc Area | A1 | Discount | | -23.65 |
| Signed by | V.STON | Fuel Surcharge | | 0.31 |
| FedEx Use | 000000000/1283/_ | **Total Charge** | **USD** | **$8.59** |

**Ship Date:** Apr 02, 2018  **Cust. Ref.:** 11 West 42nd Street  **Ref.#2:**
**Payor:** Shipper  **Ref.#3:**

Fuel Surcharge - FedEx has applied a fuel surcharge of 5.75% to this shipment.
Distance Based Pricing, Zone 2

*handwritten: VS170397.2*

| | | | | |
|---|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** | |
| Tracking ID | 771892850814 | Front Desk | Lauren Rothman | |
| Service Type | FedEx Standard Overnight | Israel Berger & Associates | 11W42 Realty Investors c/o Tis | |
| Package Type | FedEx Envelope | 360 Park Avenue South | 11 W. 42nd Street | |
| Zone | 02 | NEW YORK CITY NY 10010 US | NEW YORK NY 10036 US | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | Apr 03, 2018 09:52 | Transportation Charge | | 22.80 |
| Svc Area | A1 | Discount | | -15.55 |
| Signed by | B.PETER | Fuel Surcharge | | 0.27 |
| FedEx Use | 000000000/200/_ | **Total Charge** | **USD** | **$7.52** |



**360 Park Avenue South 15th Floor**
**New York, NY 10010**
T: 212.689.5389 F: 212.689.6449
ENVBilling@vidaris.com

Michael Shah
Delshah Capital, LLC
c/o 461 Seventh Avenue LLC
114 East 13th Street
Front 1
New York, NY  10003

July 20, 2018
Project No:    VS170653
Invoice No:    201802004R

Project    VS170653    461 Seventh Avenue, NY - Code Advisory Consulting
michael@delshah.com

**Professional Services through February 28, 2018**

Phase    40    Code Advisory

Task    20200    Code Advisory (BE)

|  | Hours | Rate | Amount |  |
|---|---|---|---|---|
| Senior Principal NY |  |  |  |  |
| LiMandri, Robert | 14.50 | 595.00 | 8,627.50 |  |
| Associate |  |  |  |  |
| Kwan, Lee Ping | 17.25 | 475.00 | 8,193.75 |  |
| Tang, Edwin | 78.50 | 475.00 | 37,287.50 |  |
| Totals | 110.25 |  | 54,108.75 |  |
| **Total Labor** |  |  |  | 54,108.75 |
|  |  | Total this Task |  | 54,108.75 |
|  |  | Total this Phase |  | 54,108.75 |

Phase    ZEXP    Reimbursable Expenses

**Reimbursable Expenses**
Travel Expenses

| 2/15/2018 | Tang, Edwin | whitestone bridge 2 way ezpass | 11.52 |  |
| 2/15/2018 | Tang, Edwin | white plains courthouse muni parking | 9.00 |  |
| 2/15/2018 | Tang, Edwin | travel to white plains trial | 5.36 |  |

Messenger/Overnight Delivery

| 1/15/2018 | Federal Express | 12/15 - 11.67 | 11.67 |  |
| **Total Reimbursables** |  | 1.0 times | 37.55 | 37.55 |
|  |  | Total this Phase |  | 37.55 |

| Project | VS170653 | 461 Seventh Avenue, NY | Invoice | 201802004R |
|---|---|---|---|---|
| | | **Total this Invoice** | | **54,146.30** |

**Remittance Address**
Vidaris, Inc.
P.O. Box 821321
Philadelphia, PA 19182-1321

| Project | VS170653 | 461 Seventh Avenue, NY | Invoice | 201802004R |

# Billing Backup

Vidaris, Inc.

Invoice 201802004R Dated 7/20/2018

Wednesday, July 25, 2018
5:46:02 PM

| Project | VS170653 | 461 Seventh Avenue, NY - Code Advisory Consulting |
| --- | --- | --- |
| Phase | 40 | Code Advisory |
| Task | 20200 | Code Advisory (BE) |

|  |  | Hours | Rate | Amount |
| --- | --- | --- | --- | --- |
| **Senior Principal NY** | | | | |
| *Meeting* | | | | |
| LiMandri, Robert | 1/29/2018 | 3.00 | 595.00 | 1,785.00 |
| meeting with Silverbush on strategy and expert testimony | | | | |
| LiMandri, Robert | 1/30/2018 | 2.00 | 595.00 | 1,190.00 |
| Recap on to do items, review issue of cost estimate | | | | |
| LiMandri, Robert | 1/31/2018 | 1.00 | 595.00 | 595.00 |
| review documents to be supplied to Silverbush | | | | |
| LiMandri, Robert | 2/1/2018 | 2.00 | 595.00 | 1,190.00 |
| Review documents, review deliverable summary | | | | |
| LiMandri, Robert | 2/2/2018 | 3.00 | 595.00 | 1,785.00 |
| Discuss strategy, prep with ET | | | | |
| LiMandri, Robert | 2/5/2018 | 1.00 | 595.00 | 595.00 |
| questions reviewed for Edwin | | | | |
| LiMandri, Robert | 2/6/2018 | 1.00 | 595.00 | 595.00 |
| prep internal with Edwin, discussion on potential questions, call with Silverbush | | | | |
| LiMandri, Robert | 2/12/2018 | 1.00 | 595.00 | 595.00 |
| review docs of ET testimony | | | | |
| LiMandri, Robert | 2/14/2018 | .50 | 595.00 | 297.50 |
| et trial prep | | | | |
| **Associate** | | | | |
| *Project Review* | | | | |
| Tang, Edwin | 1/8/2018 | .50 | 475.00 | 237.50 |
| phone call with Michael Chi and dwg and doc review | | | | |
| Tang, Edwin | 1/9/2018 | 1.00 | 475.00 | 475.00 |
| follow up tech and code questions from Michael Shah, follow up research and comment revisions. | | | | |
| Tang, Edwin | 1/11/2018 | .50 | 475.00 | 237.50 |
| DOH violation research per Michael Chi | | | | |
| Tang, Edwin | 1/29/2018 | .50 | 475.00 | 237.50 |
| additional PW3 cost research requested by Michael Chi | | | | |
| Tang, Edwin | 1/29/2018 | 4.00 | 475.00 | 1,900.00 |
| prep for expert witness testimony at R&E office with delshah | | | | |
| Tang, Edwin | 1/30/2018 | 5.00 | 475.00 | 2,375.00 |
| expert witness report draft | | | | |

Page 3

| Project | VS170653 | 461 Seventh Avenue, NY | | | Invoice | 201802004R |
|---|---|---|---|---|---|---|
| Tang, Edwin | | 1/31/2018 | 7.00 | 475.00 | 3,325.00 | |
| | expert witness report draft | | | | | |
| Tang, Edwin | | 2/1/2018 | 1.00 | 475.00 | 475.00 | |
| | phone meeting with Michael Chi and Justin Amirian re DOB forms, cost calculations, owner's signatures | | | | | |
| Tang, Edwin | | 2/5/2018 | 6.00 | 475.00 | 2,850.00 | |
| | expert witness report updates, deposition prep at Bradley Silverbush's office | | | | | |
| Tang, Edwin | | 2/6/2018 | 7.00 | 475.00 | 3,325.00 | |
| | expert witness report revisions, proj corresp with Silverbush, Delshah | | | | | |
| Tang, Edwin | | 2/7/2018 | 6.00 | 475.00 | 2,850.00 | |
| | deposition as expert witness | | | | | |
| Tang, Edwin | | 2/8/2018 | 4.00 | 475.00 | 1,900.00 | |
| | deposition transcript review and comments, accessibility phone meeting with J Colgate, Silverbush, Delshah, internal vidaris debrief | | | | | |
| Tang, Edwin | | 2/9/2018 | 4.00 | 475.00 | 1,900.00 | |
| | transcript review and rehearsal of facts and documents for trial, add'l dwg research per Chi's request. | | | | | |
| Tang, Edwin | | 2/11/2018 | 3.00 | 475.00 | 1,425.00 | |
| | research of existing condtiions per DOB applications based on code year filed, per application. Generate summary document. | | | | | |
| Tang, Edwin | | 2/12/2018 | 4.00 | 475.00 | 1,900.00 | |
| | DOB application summary document edits per Delshah request, replacement cost threshold code research, review winter deposition questions. | | | | | |
| Tang, Edwin | | 2/13/2018 | 1.00 | 475.00 | 475.00 | |
| | review winter deposition questions, offer suggestions to silverbush and delshah | | | | | |
| Tang, Edwin | | 2/14/2018 | 6.00 | 475.00 | 2,850.00 | |
| | trial prep at Silverbush office, BW deposition review | | | | | |
| Tang, Edwin | | 2/15/2018 | 8.00 | 475.00 | 3,800.00 | |
| | trial appearance as expert witness in white plains, travel time. | | | | | |
| Tang, Edwin | | 2/16/2018 | 1.00 | 475.00 | 475.00 | |
| | phone meeting with Delshah, J Colgate to discuss DOB audit strategy. | | | | | |
| Tang, Edwin | | 2/19/2018 | 1.00 | 475.00 | 475.00 | |
| | letter draft to DOB requesting audit of prior Alt 2s | | | | | |
| Tang, Edwin | | 2/21/2018 | 2.00 | 475.00 | 950.00 | |
| | review trial transcript | | | | | |
| Tang, Edwin | | 2/22/2018 | 2.00 | 475.00 | 950.00 | |
| | meeting with Michael Chi to coordinate supporting documents to DOB audit request letter | | | | | |
| Tang, Edwin | | 2/23/2018 | 2.00 | 475.00 | 950.00 | |
| | violations research for Delshah List of Open Issues by Justin | | | | | |
| Tang, Edwin | | 2/26/2018 | 1.00 | 475.00 | 475.00 | |
| | Justin's spreadsheet - violations research | | | | | |
| Tang, Edwin | | 2/28/2018 | 1.00 | 475.00 | 475.00 | |

| Project | VS170653 | 461 Seventh Avenue, NY | | | Invoice | 201802004R |
|---|---|---|---|---|---|---|
| | review Michael Chi's edits to DOB draft letter, confirm details of Alt 2 applications per M Chi. | | | | | |
| | Drawing Review | | | | | |
| Kwan, Lee Ping | | 1/5/2018 | .50 | 475.00 | 237.50 | |
| | call with Michael Chi (Delshah) | | | | | |
| Kwan, Lee Ping | | 1/8/2018 | .50 | 475.00 | 237.50 | |
| | call with Delshah, follow-up | | | | | |
| Kwan, Lee Ping | | 1/9/2018 | 1.25 | 475.00 | 593.75 | |
| | call with Delshah, prep | | | | | |
| Kwan, Lee Ping | | 1/12/2018 | .50 | 475.00 | 237.50 | |
| | markup revisions per Delshah comments | | | | | |
| | Document Review | | | | | |
| Kwan, Lee Ping | | 1/29/2018 | 1.50 | 475.00 | 712.50 | |
| | meeting at R&E law office | | | | | |
| Kwan, Lee Ping | | 1/31/2018 | 1.00 | 475.00 | 475.00 | |
| | QA of expert witness report | | | | | |
| | phone calls | | | | | |
| Kwan, Lee Ping | | 2/1/2018 | 2.50 | 475.00 | 1,187.50 | |
| | comments on Cornelius Dennis affidavit | | | | | |
| | work on accessibility threshold | | | | | |
| Kwan, Lee Ping | | 2/2/2018 | 1.50 | 475.00 | 712.50 | |
| | question on owner's signature | | | | | |
| | Review of missing pages of Winter affidavit | | | | | |
| Kwan, Lee Ping | | 2/6/2018 | 1.50 | 475.00 | 712.50 | |
| | accessibility research following Bryan Cave, Outsource | | | | | |
| Kwan, Lee Ping | | 2/7/2018 | 2.00 | 475.00 | 950.00 | |
| | call with Bryan Cave, prep | | | | | |
| | MOPD question | | | | | |
| Kwan, Lee Ping | | 2/8/2018 | .25 | 475.00 | 118.75 | |
| | review of prior owner's affidavit | | | | | |
| Kwan, Lee Ping | | 2/9/2018 | .25 | 475.00 | 118.75 | |
| | applicable code year question | | | | | |
| Kwan, Lee Ping | | 2/14/2018 | 2.25 | 475.00 | 1,068.75 | |
| | review of Winter deposition, emails | | | | | |
| Kwan, Lee Ping | | 2/21/2018 | .75 | 475.00 | 356.25 | |
| | review of correspondence, hearing transcript | | | | | |
| Kwan, Lee Ping | | 2/26/2018 | 1.00 | 475.00 | 475.00 | |
| | "list of open issues" spreadsheet | | | | | |
| | Totals | | 110.25 | | 54,108.75 | |
| | **Total Labor** | | | | | 54,108.75 |
| | | | | **Total this Task** | | 54,108.75 |

| Project | VS170653 | 461 Seventh Avenue, NY | | Invoice | 201802004R |
|---|---|---|---|---|---|
| | | | **Total this Phase** | | **54,108.75** |

| Phase | ZEXP | Reimbursable Expenses | | | |
|---|---|---|---|---|---|

**Reimbursable Expenses**

Travel Expenses

| EX | 000000020755 | 2/15/2018 | Tang, Edwin / whitestone bridge 2 way ezpass | 11.52 | |
| EX | 000000020755 | 2/15/2018 | Tang, Edwin / white plains courthouse muni parking | 9.00 | |
| EX | 000000020755 | 2/15/2018 | Tang, Edwin / travel to white plains trial | 5.36 | |

Messenger/Overnight Delivery

| AP | 22840 | 1/15/2018 | Federal Express | 11.67 | |
| | | **Total Reimbursables** | **1.0 times** | **37.55** | **37.55** |
| | | | **Total this Phase** | | **37.55** |
| | | | **Total this Project** | | **54,146.30** |
| | | | **Total this Report** | | **54,146.30** |



2/15/18 Trial appearance by Edwin Tang of Vidaris Inc., as expert witness

Travel Expenses incurred:

Gas mileage Total: 44.4 mi at 23 mi/gallon of gas = 1.93 gallons
1.93 gallons at $ 2.78 per gallon = $5.36

Parking expense for 8 hrs = $9.00 (see receipt)

Whitestone Bridge Toll = $5.76 x 2 (with EZ Pass) = $11.52

$5.36 + $9.00 + $11.52 = **$25.88 TOTAL EXPENSES**

**MTA Bridges and Tunnels Tolls**
Effective March 19, 2017

| Cars[1] | |
|---|---|
| Bronx-Whitestone, Throgs Neck, and Robert F Kennedy Bridges; Hugh L. Carey and Queens Midtown Tunnels | |
| Tolls by Mail | $8.50 |
| E-ZPass[2] | $5.76 |

gas

WELCOME TO
ROYAL PETROLEUM
124 S LEXINGTON AV
WHITE PLAINS NY
10606

DATE 02/15/18 16:21
TRAN# 9041949
PUMP# 04
SERVICE LEVEL: FULL
PRODUCT: UNLD
GALLONS: 7.700
PRICE/G: $ 2.779
FUEL SALE $ 21.40
CREDIT $21.40

DISCOVER
XXXXXXXXXXXX8564
Auth #: 01596P
Resp Code: 0
Stan: 0182297528
Invoice #: 112675
SITE ID: VP363457550
01

THANK YOU
HAVE A NICE DAY

parking

RECEIPT
Welcome to the
City of White Plains
Lexington-Grove and
Library Garages

Space # 670

Expiration Date/Time
05:52 PM
FEB 15, 2018
Add Time#:089945

Total Due: $9.00
Total Paid: $9.00
Ticket # 0002690
S/N #: 1000621006
Setting: Lex Grove

MasterCard

Pay Parking by Phone
You are in Zone #



2/15/18 Trial appearance by Edwin Tang of Vidaris Inc., as expert witness

Travel Expenses incurred:

Gas mileage Total: 44.4 mi at 23 mi/gallon of gas = 1.93 gallons
1.93 gallons at $ 2.78 per gallon = $5.36

Parking expense for 8 hrs = $9.00 (see receipt)

Whitestone Bridge Toll = $5.76 x 2 (with EZ Pass) = $11.52

$5.36 + $9.00 + $11.52 = **$25.88 TOTAL EXPENSES**

**MTA Bridges and Tunnels Tolls**
**Effective March 19, 2017**

| Cars[1] | |
|---|---|
| Bronx-Whitestone, Throgs Neck, and Robert F Kennedy Bridges; Hugh L. Carey and Queens Midtown Tunnels | |
| Tolls by Mail | $8.50 |
| E-ZPass[2] | $5.76 |

gas

WELCOME TO
ROYAL PETROLEUM
124 S LEXINGTON AV
WHITE PLAINS NY
10606

DATE 02/15/18 16:21
TRAN# 9041949
PUMP# 04
SERVICE LEVEL: FULL
PRODUCT: UNLD
GALLONS: 7.700
PRICE/G: $ 2.779
FUEL SALE $ 21.40
CREDIT $21.40

DISCOVER
XXXXXXXXXXXX8564
Auth #: 01596P
Resp Code: 0
Stan: 0182297528
Invoice #: 112675
SITE ID: VP363457550
01

THANK YOU
HAVE A NICE DAY

parking

RECEIPT
Welcome to the
City of White Plains
Lexington Grove and
Library Garages

Space # 670
Expiration Date/Time
05:52 PM
FEB 15, 2018
Add Time#:089945

Total Due: $9.00
Total Paid: $9.00
Setting: Lex Grove

Thank you



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 6-055-92225 | Jan 15, 2018 | 1765-9503-5 | 4 of 14 |

## FedEx Express Shipment Detail By Payor Type (Original)

**Ship Date:** Dec 15, 2017  **Cust. Ref.:** Matrix- BILLABLE (J.Rive  **Ref.#2:** 20160220
**Payor:** Shipper  **Ref.#3:**

Fuel Surcharge - FedEx has applied a fuel surcharge of 5.00% to this shipment.
Distance Based Pricing, Zone 2
Package sent from: 10014 zip code

| | | | | |
|---|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** | |
| Tracking ID | 771013328963 | Front Desk/Jason Rivera | Richard F. X. Johnson | |
| Service Type | FedEx First Overnight | Israel Berger & Associates | Matrix Development Group | |
| Package Type | FedEx Pak | 360 Park Avenue South | 3 Centre Drive | |
| Zone | 02 | NEW YORK CITY NY 10010 US | MONROE TOWNSHIP NJ 08831 US | |
| Packages | 1 | | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | | | |
| Delivered | Dec 18, 2017 08:03 | Transportation Charge | | 55.59 |
| Svc Area | A2 | Discount | | -7.09 |
| Signed by | D.DAVID | Fuel Surcharge | | 1.58 |
| FedEx Use | 000000000/6/_ | Total Charge | USD | $50.08 |

**Ship Date:** Dec 15, 2017  **Cust. Ref.:** VS 170653 461  **Ref.#2:** VS170653
**Payor:** Shipper  **Ref.#3:**

Fuel Surcharge - FedEx has applied a fuel surcharge of 5.00% to this shipment.
Distance Based Pricing, Zone 2

| | | | | |
|---|---|---|---|---|
| Automation | AWB | **Sender** | **Recipient** | |
| Tracking ID | 811979838850 | EDWIN TANG | MCIAHEL CHI | |
| Service Type | FedEx Priority Overnight | VIDARIS INC | DELSHAN CPAITOL | |
| Package Type | FedEx Envelope | 360 PARK AVE S FL 15 | 114 E 13TH ST | |
| Zone | 02 | NEW YORK NY 10010-1731 US | NEW YORK NY 10003 US | |
| Packages | 1 | | | |
| Rated Weight | N/A | Transportation Charge | | 22.28 |
| Delivered | Dec 18, 2017 09:11 | Discount | | -15.34 |
| Svc Area | A1 | Direct Signature | | 4.50 |
| Signed by | J.JUSTIN | Fuel Surcharge | | 0.23 |
| FedEx Use | 034970260/186/_ | Total Charge | USD | $11.67 |

**Ship Date:** Dec 15, 2017  **Cust. Ref.:** NO REFERENCE INFORMATION  **Ref.#2:** 100/02/NY
**Payor:** Shipper  **Ref.#3:**

Fuel Surcharge - FedEx has applied a fuel surcharge of 5.00% to this shipment.
Distance Based Pricing, Zone 2
Original address: RT 38 AND E GATE DR/, 08051

| | | | | |
|---|---|---|---|---|
| Automation | AWB | **Sender** | **Recipient** | |
| Tracking ID | 812203161987 | B MORTHA | VIDARIS INC | |
| Service Type | FedEx Standard Overnight | VIDARIS INC | LOCKLBXO NUMEBR | |
| Package Type | FedEx Envelope | 360 PARK AVE S FL 15 | RT 38 AND E GATE DR | |
| Zone | 02 | NEW YORK NY 10010-1731 US | MOORESTOWN NJ 08057 US | |
| Packages | 1 | | | |
| Rated Weight | N/A | Transportation Charge | | 21.95 |
| Delivered | Dec 18, 2017 09:57 | Discount | | -14.95 |
| Svc Area | A1 | Address Correction | | 14.00 |
| Signed by | E.ROBERTS | Fuel Surcharge | | 0.23 |
| FedEx Use | 034970260/200/_ | Total Charge | USD | $21.23 |

**Ship Date:** Dec 18, 2017  **Cust. Ref.:** NO REFERENCE INFORMATION  **Ref.#2:** 100/03/NY
**Payor:** Shipper  **Ref.#3:**

Fuel Surcharge - FedEx has applied a fuel surcharge of 5.00% to this shipment.
Distance Based Pricing, Zone 7

| | | | | |
|---|---|---|---|---|
| Automation | AWB | **Sender** | **Recipient** | |
| Tracking ID | 812203161119 | L GIEGER SCHULTZ | WELLS FARGO BANK | |
| Service Type | FedEx First Overnight | VIDARIS INC | 1254Q | |
| Package Type | FedEx Envelope | 360 PARK AVE S FL 15 | DENVER CO 80274 US | |
| Zone | 07 | NEW YORK NY 10010-1731 US | | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | Dec 19, 2017 09:49 | Transportation Charge | | 68.53 |

Continued on next page

# CFD Consulting

Building Construction Codes
Zoning • Land Use

Cornelius F. Dennis
8 Skytop Drive
Croton-on-Hudson, NY 10520-1302
914.734.8474

September 9th, 2016

Mr. Michael Shah           1.917.522.6705
114 East 13th Street       Fax  .591.4221
New York, NY 11363

Re:    46 17th Ave., Manhattan, NY -Block 810 - Lot 78

aka 170-174 West 35th Street

Invoice:    091511    NOT PAID AS OF NOVEMBER 2ND, 2016

Dear Mr. Shah:

My bill for services in regard to the above noted location in Manhattan and occupancy under the NYC BC during the months of June to September this date is:

18 hours at $400.00 per hour .       .       .       $ 7,200.00

The hours were spent in review of multiple files and plans obtained by Outsource from the City of New York records, preparing several letters to you outlining the contents of each file, two trips to the office of Outsource, one trip to your office and one inspection at the site.

If you have any questions, please feel free to contact me at 914.734.8474.

Sincerely,

Cornelius F. Dennis

c:\msoffice\my documents\outsource\4617nb1.doc

# CFD Consulting

Building Construction Codes
Zoning • Land Use

Cornelius F. Dennis
8 Skytop Drive
Croton-on-Hudson, NY 10520-1302
914.734.8474

November 2nd, 2016

Mr. Michael Shah  
114 East 13th Street  
New York, NY 11363

1.917.522.6705  
Fax .591.4221

Re:  461 7th Ave., Manhattan, NY -Block 810 - Lot 78

    aka 170-174 West 35th Street

    Invoice: 111611

Dear Mr. Shah:

My bill for services in regard to the above noted location in Manhattan and occupancy under the NYC BC during the months of September and October, 2016 is:

    3 hours at $400.00 per hour . . . . $ 1,200.00

The hours were spent in preparation of list of violations of the NYC BC dated September 11th and September 18th, 2016 by the occupant of the above noted two story and cellar commercial building.

If you have any questions, please feel free to contact me at 914.734.8474.

Sincerely,

Cornelius F. Dennis

c:\msoffice\my documents\outsource\4617ab2.doc

# CFD Consulting

Building Construction Codes
Zoning • Land Use

Cornelius F. Dennis
8 Skytop Drive
Croton-on-Hudson, NY 10520-1302
914.734.8474

March 13th, 2017

Mr. Michael Shah                 1.917.522.6705
114 East 13th Street              Fax  .591.4221
New York, NY 11363

Re:    461 7th Ave., Manhattan, NY -Block 810 - Lot 78

        aka 170-174 West 35th Street

        Invoice:     031711

Dear Mr. Shah:

My bill for services in regard to the above noted location in Manhattan and occupancy under the NYC BC during the months of February and March, 2017 is:

       11 hours at $400.00 per hour .    .    .    .     $ 4,400.00

The hours were spent in review of records from September, 2016, review of several Fax transmissions including a 46 and 17 page transmission, an overnight mailing, and a 16 page fax of a proposed affidavit from your attorney. I prepared a five page report dated March 1, 2017 and sent it to you and your attorney. I edited the proposed affidavit and had a few minor edits for a revised affidavit which I signed and had notarized. The signed copy was sent to your attorney, Mr. Silverbush. I believe the papers were filed with the court on Wednesday, March 8th, 2017.

If you have any questions, please feel free to contact me at 914.734.8474.

Sincerely,

*[signature]*
Cornelius F. Dennis

# CFD Consulting

Building Construction Codes
Zoning • Land Use

Cornelius F. Dennis
8 Skytop Drive
Croton-on-Hudson, NY 10520-1302
914.734.8474

November 9, 2009

RESUME   Employment:

| | |
|---|---|
| Dec., 2008 to Apr., 2009 | Director Concrete Testing Laboratory<br>Testwell Laboratories, Inc. |
| Nov. 1989 to present | CFD Consulting<br>Principal of codes and zoning consulting firm |
| Feb. 1990 to present | C&A Associates<br>Partner in NYC Agencies consulting firm |
| Sept. 1988 to Fall' 96 | New York University<br>Lecturer on New York City Building Code |
| Sept. 1960 to Nov.' 89 | New York City Department of Buildings<br>Through merit Civil Service promotions moved from Plan Examiner to Borough Superintendent to Director of Operations.<br>Appointed by Commissioner Irwin Fruchtman, P.E. as Assistant Commissioner. Appointed by Commissioner Charles Smith, R.A. as Deputy Commissioner. |
| Oct. 1956 to Sept.'60 | Private Engineering Organizations (Two)<br>Structural design of office buildings, warehouses, laboratories, prisons, schools and coal fired power plants. |
| Nov. 1954 to Oct.'56 | United States Army Corp of Engineers<br>Construction Surveyor at Rhine Engineer Depot, Germany<br>Construction and demolition activities. |
| Aug. 1949 to Nov.'54 | New York City Department of Public Works<br>Advanced from Clerk to Junior Civil Engineer |

College:

Undergraduate - The City College of New York
Bachelor of Civil Engineering
Cum Laude - January 1954
Tau Beta Phi & Chi Epsilon
Graduate    - Columbia University
18 credits for M.S.C.E.

# CFD Consulting

Building Construction Codes
Zoning • Land Use

Cornelius F. Dennis
8 Skytop Drive
Croton-on-Hudson, NY 10520-1302
914.734.8474

November 9, 2009

RESUME - Page 2

    Activities:

        New York State Society of Professional Engineers
            Vice President - 1974 to 1976

        Queens County Chapter NYSSPE
            President, Vice President, Executive Secretary, etc.
            Outstanding Engineer of 1975 - Queens County Chapter

        New York County Chapter NYSSPE
            Distinguished Service Award - 1977

        B'Nai B'Rith
            Youth Services Award - 1980

        United Cerebral Palsy of Queens
            Public Servant Extraordinaire - 1986

Upon retirement from employment with the City of New York on November 17th, 1989, I started my own consulting firm known as CFD Consulting and also started a filing, approval and permit firm known as C&A Associates.

My social Security number is 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

For references you may contact the following clients:

Keven McGrath, Esq.
Phillips Nizeer LLP
666 Fifth Avenue
New York, NY 10103
1.212.841.0743

Timothy J. Murphy, R.A.
Lawless & Mangione, LLP
480 North Broadway
Yonkers, NY 10701
1.914.423.8844

Robert Davis, Esq.    BRYAN Gike
Robinson Silverman LLP
1290 Avenue of the Americas
New York, NY 10104
1.212.541.2000

Tony Borowiec, P.E.
Hazen & Sawyer
498 Seventh Avenue
New York, NY 10018
1.212.777.8400

c:\my documents\resume\page2-1999.doc

# CFD Consulting

Building Construction Codes
Zoning • Land Use

Cornelius F. Dennis,
8 Skytop Drive
Croton-on-Hudson, NY 10520-1302
914.734.8474

May 19, 2016          VIA FAX ONLY

Mr. Michael Shah          1.917.522.6705
114 East 13th Street      Fax  .591.4221
Douglaston, NY 11363

Re:  461 7th Ave., Manhattan, NY - Block 810 - Lot 78
     aka 170-174 West 35th Street

Dear Mr. Shah:

It will be a pleasure to work with you in relation to past alteration performed in a two story and cellar commercial building by the tenant of the entire property.

Since my retirement from employment with the City of New York in 1989, I have been engaged in zoning and building code research for developers, problem solving for architects and investigations for attorneys involved in accident law suits. I held a managerial function at the NYC Dept. of Buildings for over 25 years and have a detailed knowledge of the NYC Zoning Resolution, the Multiple Dwelling Law as well as the NYC Building Code and taught that topic at NYU until 1997. My current professional fee is $ 400.00 per hour. This work would involve zoning studies, research, report writing and consultation with professionals, developers, contractors and officials of city agencies. Basic research at the NYC DoB will be performed by Outsource.

A retainer in the amount of $ 2,000.00 is requested at this time.

Enclosed is a copy of my resume. If you have any questions, please feel free to contact me at 914.734.8474.

Sincerely,

*[signature]*
Cornelius F. Dennis

c:\msoffice\my documents\outsource\4617spro.doc