Rosemarie E. Matera, Esq.
Kurtzman Matera, P.C.
Attorneys for Debtor
664 Chestnut Ridge Road
Spring Valley, New York 10977
(845) 352-8800
law@kmpclaw.com                          May

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

In re:

461 7th Avenue Market, Inc.,                        Chapter 11

                Debtor                         Case No. 18-22671(RDD)

---------------------------------------------------------------x

## NOTICE OF CASE STATUS HEARING

**PLEASE TAKE NOTICE,** that a case status hearing will be held in the above captioned matter on Monday, May 6, 2019 at 10:00 a.m. before the Honorable Robert D. Drain, at the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601.

Dated: Spring Valley, New York
       May 3, 2019

                                             Kurtzman Matera, P.C.
                                             Attorneys for Debtor


                                             /s/ Rosemarie E. Matera
                                             Rosemarie E. Matera, Esq.