William F. Savino, Esq.
WOODS OVIATT GILMAN LLP
1900 Main Place Tower
Buffalo, New York 14202
(716)-248-3200
*Co-Counsel for Delshah 461 Seventh Avenue, LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| In re: | Chapter 11 |
| 461 7th AVENUE MARKET, INC., | Case No. 18-22671 (RDD) |
| Debtor. | |

_____

## AMENDED NOTICE OF HEARING

**PLEASE TAKE NOTICE,** that a hearing will be held on **February 5, 2020 at 10:00 a.m.** ("the Hearing") before Hon. Robert D. Drain, at the United States Bankruptcy Court, 300 Quarropas Street, White Plains, NY 10601-5008 to consider the annexed application of Delshah 461 Seventh Avenue, LLC ("Landlord") for entry of an Order pursuant to 11 U.S.C. §362(d) granting Landlord relief from the automatic stay, together with such other relief as is just and equitable.

PLEASE TAKE FURTHER NOTICE, that objections, if any, must be in writing, served upon the undersigned, and filed with the Clerk of the Bankruptcy Court, with a courtesy copy to Hon. Robert D. Drain's chambers, so as to be received at least seven (7) days prior to the Hearing date.

Dated: Buffalo, New York
       January 6, 2020

                            Respectfully submitted,

                            WOODS OVIATT GILMAN, LLP
                            Co-Counsel for Delshah 461 Seventh Avenue, LLC

                    By:    /s/William F. Savino
                                William F. Savino
                           1900 Main Place Tower
                           Buffalo, New York 14202
                           (716) 248-3200
                           Email: wsavino@woodsoviatt.com

{7887745: }